UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD ALLEN WILLIAMS,<br><br>Defendant. | CASE NO. CR099-0455C<br><br>PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on June 2nd, 2005. The United States was represented by Susan Roe, Defendant was represented by Carol Koller. The proceedings were recorded on disk.

## CONVICTION AND SENTENCE

Defendant had been convicted of Sexual Abuse of a Minor on or about October 22nd 1999. The Hon. John C. Coughenour of this court sentenced defendant to twenty-four months of confinement, followed by five years of supervised release.

The conditions of supervised release included requirements that Defendant comply with the standard 13 conditions.

## ALLEGED VIOLATIONS AND THE DEFENDANT'S ADMISSION

USPO Steven R. Gregoryk alleged that Defendant violated the conditions of supervised

release in three respect(s):

(1) Consuming alcohol on or about February 25, 2005, in violation of the special condition of supervision which states that the defendant shall abstain from the use of alcohol and/or other intoxicants during the term of supervision;

(2) Committing the crime of driving under the influence, on February 25, 2005, in violation of the general condition of supervision which states that the defendant shall not commit another federal, state, or local crime;

(3) Failing to report contact with law enforcement to his probation officer, within 72 hours of being arrested or questioned, in violation of standard condition No. 11.

At an initial hearing, I advised the defendant of these charges and of his constitutional rights. At today's hearing the defendant admitted the violations 1, 2, 3, waived any hearing as to whether it occurred, and consented to having the matter set for a disposition hearing before the Hon. John C. Coughenour.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged; and set the matter for a disposition hearing.

Defendant has been released pending a final determination by the court.

DATED this 2nd day of June, 2005.

_____
MONICA J. BENTON
United States Magistrate Judge

cc: Sentencing Judge         : Hon. John C. Coughenour
    Assistant U.S. Attorney  : Susan Roe
    Defense Attorney         : Carol Koller
    U. S. Probation Officer  : Steven R. Gregoryk

PROPOSED FINDINGS
PAGE -2-