01

02

03

04

05

06          UNITED STATES DISTRICT COURT
       WESTERN DISTRICT OF WASHINGTON
07                AT SEATTLE

08  UNITED STATES OF AMERICA,          )   CASE NO.  CR99-455-JCC
                                       )
09          Plaintiff,                 )
                                       )
10      v.                             )   SUMMARY REPORT OF U.S.
                                       )   MAGISTRATE JUDGE AS TO
11  RICHARD ALDEN WILLIAMS,            )   ALLEGED VIOLATIONS
                                       )   OF SUPERVISED RELEASE
12          Defendant.                 )
    _____    )

13

14          An evidentiary hearing on supervised release revocation in this case was scheduled before

15  me on May 4, 2007.  The United States was represented by AUSA Susan M. Roe and defendant

16  by Carol A. Koller.  The proceedings were digitally recorded.

17          Defendant had been sentenced on or about October 22, 1999 by the Honorable John C.

18  Coughenour on a charge of Sexual Abuse of a Child, and sentenced to 24 months custody, 5 years

19  supervised release.

20          The conditions of supervised release included the standard conditions plus the requirements

21  that defendant be prohibited from possessing firearms, submit to mandatory drug testing,

22  participate in a substance abuse program, abstain from alcohol, submit to search, participate in a

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

01  mental health program, have no unsupervised contact with minors, participate and make

02  reasonable progress in a sexual offender treatment program, submit to polygraph examinations,

03  follow lifestyle or treatment recommendations by his therapist, have no access to a computer or

04  the internet, not possess pornographic material of any kind, and get approval of his probation

05  officer for any employment.  (Dkt. 22.)

06       On August 15, 2001, the conditions of supervision were modified to require residence in

07  a halfway house for up to 120 days. (Dkt. 30.)  Due to a difficulty in securing an acceptable

08  alternative residence, defendant was allowed to continue to reside in the halfway house for an

09  additional 120 days. (Dkt. 34, 35.)  This order was extended for an additional 120 days on May

10  7, 2002. (Dkt. 36.)

11       On July 11, 2002, defendant's probation officer reported that defendant had apparently

12  accessed the internet on several occasions, in violation of the conditions of supervision.  (Dkt. 37.)

13  He was denied further home visits until he demonstrated the ability to comply with the conditions

14  of supervision.  Defendant's stay in the halfway house was extended for another 180 days and he

15  was required to pay a subsistence fee. (Dkt. 38.)

16       The defendant's probation officer reported that defendant had unsupervised contact with

17  his infant grandchild on March 31, 2003 in violation of the conditions of supervision. (Dkt. 41.)

18  The violation was addressed by his treatment provider.

19       The halfway house placement was extended for another 90 days on July 4, 2003 when he

20  was found to be in possession of a computer in his Bellingham residence, in violation of the

21  conditions of supervision. (Dkt. 42.)  Defendant's probation officer reported on March 15, 2004

22  that defendant had again accessed the internet, in violation of the conditions of supervision.  The

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2

01  defendant was reprimanded and the conduct was addressed by defendant's sexual offender

02  counselor. (Dkt. 43.)

03      On July 27, 2004, defendant admitted to violating the conditions of supervised release by

04  having contact with a minor child on March 31, 2003, using morphine, accessing the internet,

05  using vicodin without a prescription, failing to participate in drug testing, and failing to report to

06  his probation officer. (Dkt. 46.)  Additional violations were alleged on September 1, 2004 and

07  October 13, 2004 that defendant had used cocaine and possessed drug paraphernalia. (Dkt. 50,

08  55.) These violations were incorporated into the pending violations.  New violations were alleged

09  on April 29, 2005, charging defendant with consuming alcohol, committing the crime of driving

10  under the influence, and failing to report contact with law enforcement. (Dkt. 56.)  Defendant

11  admitted the violations. (Dkt. 62.)  Supervised release was revoked on June 10, 2005 and

12  defendant was remanded to custody for six months, with 54 months of supervised release.  The

13  previously imposed conditions of supervised release were continued. (Dkt. 68.)

14      In an application dated June 27, 2006 (Dkt. 69), U.S. Probation Officer Steven R.

15  Gregoryk alleged the following violations of the conditions of supervised release:

16      1.      Failing to report to the probation office as instructed on June 20, 2006 and June

17  26, 2006, in violation of standard condition No. 2.

18      2.      Failing to attend, actively participate in, and make reasonable progress in all

19  individual and group sessions as part of his sexual offender treatment program, in violation of the

20  special condition of supervision requiring the defendant to participate in a sexual offender

21  treatment program.

22      Defendant was advised in full as to those charges and as to his constitutional rights.

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3

01          Defendant admitted the alleged violations and waived any evidentiary hearing as to

02   whether they occurred. (Dkt. 74.)

03          I therefore recommend the Court find defendant violated his supervised release as alleged,

04   and that the Court conduct a hearing limited to the issue of disposition.  The next hearing will be

05   set before Judge Coughenour.

06          Pending a final determination by the Court, defendant has been detained.

07          DATED this <u>4th</u> day of May, 2007.

08

09                                   _____
                                     Mary Alice Theiler
10                                   United States Magistrate Judge

11

12   cc:     District Judge:         Honorable John C. Coughenour
             AUSA:                   Susan M. Roe
13           Defendant's attorney:   Carol A. Koller
             Probation officer:      Steven R. Gregoryk

14

15

16

17

18

19

20

21

22

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -4